PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:97CR05286-03** |
| ) | |
| **Maria Elvira BARRAGAN** ) | |
| ) | |

On April 22, 2002, the above-named was placed on Supervised Release for a period of 5 years, which commenced on August 22, 2005. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

Dated:   December 17, 2008
         Roseville, California
         :DDW/cd

**REVIEWED BY:**      /s/ Richard A. Ertola
                     **RICHARD A. ERTOLA
                     Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Maria Elvira BARRAGAN**
       **Docket Number:   1:97CR05286-03**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   January 8, 2009**            /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE